# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE: VELOCITY EXPRESS, INC.,<br>WAGE &HOUR EMPLOYMENT<br>PRACTICES LITIGATION | MDL. No. 08-1978 |

This Document Relates to All Actions

## ORDER STAYING CASE

Velocity Express, Inc. has filed a notice of bankruptcy, which operates as a stay of any actions pending against it. Accordingly, this case is **STAYED** and will be administratively closed until the parties notify the Court that proceedings may continue.

**SO ORDERED** this  29th  day of September, 2009.

s/ William C. Griesbach
William C. Griesbach
United States District Judge
